**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

09 AUG -5  AM 10: 47

F+ Myers Division

## CIVIL RIGHTS COMPLAINT FORM

Shermy Kael Jenkins Sr

CASE NUMBER:_____
(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison
number, if applicable)

2: 09 -c V -513 -FtM- 995 PC

v.

Erin Campbell  050-0388

Dallas  Smart

Shaun  Nenadal

Fort Myers Police Department         K-9 Chase

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____ /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    PLACE OF PRESENT CONFINEMENT:  Lee County CORE II
             (Indicate the name and location)

      Building          2501 Ortiz Ave Ft Myers Fl 33905

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
      THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

      [If your answer is YES, after reviewing the exhaustion requirements, answer the following
      questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

       1.  Informal Grievance (Form DC3-005)
       2.  Formal Grievance (Form DC1-303)
       3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.     Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

     1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

     2.  If so, you must attach a copy of the grievance and response to this Complaint form.

     3.  Were you denied emergency status? Yes ( ) No ( )

         a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

         b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.     Informal Grievance (Request for Interview)

1.  Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.   Formal Grievance (Request for Administrative Remedy or Appeal)

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.  Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.   Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2.  If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___1st___ day of ___August___, 2_009_.

```
Attestation as Jail Deputy pursuant
To F.S. 117.10
```

Signature of Plaintiff

___08/1___      20_09_
(Date)

_____      _06/21_
Officer        ID #

III.   DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (☒)

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail?  Yes ( ) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure?  Yes ( ) No ( )

C.   If your answer is YES:

1.   What steps did you take? _____

_____

2.   What were the results? _____

_____

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __1St__ day of __August__ , 2 __009__ .

**Attestation as Jail Deputy pursuant To F.S. 117.10**

_____
Signature of Plaintiff

__08/1_____ 20 _09_
(Date)

_____ __06121__
Officer                              ID #

IV.   **PREVIOUS LAWSUITS:**

A.   Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✗) No ( )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.   Parties to previous lawsuit:

Plaintiff(s): ShermyKael Jenkins Sr
Suit 1

Defendant(s): Micheal Scott, Charles Ferrante', Thomas Ellegood, Micheal Waire, Scott Hall, Jeffery Trevino

*ShermyKael Jenkins Sr*
*Suit 2*

*Erich Zercher*
*Stephen Surphin*
*Todd Olmer*

*Ft Myers*

2.   Court (if federal court, name the district; if state court, name the county):

Ft Myers District

*2:08-cv-407 FtM and one*

3.   Docket Number: _____

*J. Steele*

4.   Name of judge: John E Steele

*Violation of Eighth Amendment*

5.   Briefly describe the facts and basis of the lawsuit: Violation of the Eigth Amendment : Crue'ard Unusual Punishment. Brutally beating me upon arrest for No Apparent Reason

*Pending*

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

7.   Approximate filing date: _____

8.   Approximate disposition date:    N A

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V.   **PARTIES**: In part A of this section, indicate your <u>full name</u> in the first blank *and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:*

A.   Name of Plaintiff: ShermyKael Juanius Jenkins Sr

Mailing address: 2501 Ortiz Ave Fort Myers

Fla 33905

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>**full name**</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: Erin Campbell

Mailing Address: Ft Myers Police Department

Position: Patrol Officer

Employed at: FMPD

D.   Defendant: Dallas Smart

Mailing Address: Fort Myers Police Department

Position: Patrol Officer

Employed at: FMPD

E.  Defendant: Shaun Nenedal

Mailing Address: Fort Myers Police Department

Position: K-9 unit Officer

Employed at: FMPD

F.  Defendant: K-9 Chase

Mailing Address: Fort Myers Police Department

Position: K-9 Unit Patrol Dog

Employed at: FMPD

G.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

VI.   **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

I was subject to Cruel and Unusual
Punishment. Violation of the Eighth Amendment.

Police Misconduct.

VII.   **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the *following manner:*

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On May 6th I was on my way home when
Officer Erin Campbell got behind the vehicle
I was in. The driver noticed Campbell's patrol
car behind him and immediately parked the
vehicle then exited. I got out of the vehicle
then started walking through a large field, at
that point Officer Erin Campbell put his patrol car's
spotlight on the vehicle and then immediately on
me. Erin Campbell never put on his lights and

**Statement of Facts, continued:**

sirens and never got to conduct a traffic Stop. (Even though he lied in his police report that he did) I immediately fled to a nearby residence and waited there for around 45 minutes. As I left the residence to head to on of my relatives house officer Smart jumped into his vehicle to pursue me. I then ran to a nearby friends house and Knocked on the door. At that time officer Smart arrived and I laid on the ground with my hands on the back of my head, to show that I wasn't possibly posing a threat or resisting in any way, shape or form. (I have already been brutally beaten by LCSO deputies in the past for fleeing.) Officer Campbell arrived then started kicking me in my facial area out of anger, and officer Nenedal starting kicking me in my ribs and stomping my back. Officer Nenedal then commanded K-9 chase to attack me while I was down and injured. K-9 chase repeatedly and viciously bit me on my arms, pucturing them severely and bit me on my Back and buttocks. K-9 chase then started to bite me on my legs and thigh. Officer Smart then kicked me repeatedly until a female Sargent arrived and stopped the beating. I was then order by the Sgt to be taken to Lee Memorial Hospital because of the severity of my injuries. I was handcuffed to a stretched once I got to the Hospital and pictures were taken!

9

VIII.  <u>RELIEF REQUESTED:</u>   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

I would like the Court to provide legal counsel. I also would like to be paid for Pain and Suffering and any Medical bills or injuries that require future Medical attention. I also would like the Officers involved to be properly disciplined or relieved of their duties for Police Misconduct and Racial Profiling.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this __1st__ day of __August__ , 2 __009__ .

Attestation as Jail Deputy pursuant
To F.S. 117.10

__8/1/09__          20 __09__
(Date)

_____          __0612__
Officer           ID #

_____

_____

(Signatures of all Plaintiffs)