UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SHERMYKAEL JENKINS, SR.,**

    **Plaintiff,**

v.                                                           Case No. 2:09-cv-513-FtM-36SPC

**ERIN CAMPBELL, 050-0388, DALLAS SMART, SHAUN NENADAL, FORT MYERS POLICE DEPARTMENT, and K-9 CHASE,**

    **Defendants.**
_____/

## **ORDER**

This cause came before the Court on the Court's Order to Show Cause (Doc. #39) entered on April 22, 2010. On April 26, 2010, the Defendant filed a Response to the Order to Show Cause (Doc. #41) and on April 23, 2010 a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. # 40). Accordingly, the Court will take no further action on the Order to Show Cause.

**DONE** and **ORDERED** in Fort Myers, Florida on   30th   day of April, 2010.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record