UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


**SHERMYKAEL JENKINS, SR. ,**

    **Plaintiff,**

**V.**                                                   **Case No: 2:09-CV-513-FtM-UA-SPC**

**ERIN CAMPBELL, DALLAS
SMART, SHAUN NENADAL, FORT
MYERS POLICE DEPARTMENT
and K-9 CHASE**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on "Motion or Request for Last Transaction Filed in this Case" (Doc. #54) filed on December 22, 2011. The matter was referred to this Court on February 8, 2012.

To the extent the Plaintiff is asking for the status of this case, the Court will Grant the Motion. On July 12, 2011, the Honorable Charlene Edwards Honeywell granted the Defendants' Motion to Dismiss the Amended Complaint with prejudice as to the Fifth Amendment violation, and without prejudice as to the Fourteenth Amendment violation. Judge Honeywell directed the Plaintiff to file his Second Amended Complaint in accordance with her directives within twenty-one (21) days from the date of the Order (Doc. #51). Judge Honeywell further indicated in her Order that failure of the Plaintiff to file a Second Amended Complaint within the time specified would result in dismissal of the action without further notice. No Second Amended Complaint was filed. On August 9, 2011, the District Court entered an Order (Doc. #52) dismissing the

case without prejudice, terminated all motions and deadlines, entered judgment accordingly, and closed the case.

All notifications of the above referenced Court action were sent to the Plaintiff at his last known listed address of 5243 Coronado Parkway, Apt. A, Cape Coral, FL 33904. It is the Plaintiff's responsibility to advise the Court of any change of address by filing a Notice to the Court of Change of Address. The Court notes Plaintiff previously demonstrated that he had the knowledge and necessary understanding that such notice was required because he filed a Notice of Change of Address on October 15, 2009, (Doc. # 10), when he was released from the Lee County Jail on Ortiz Avenue and returned to his address at that time on MLK. In fact, the Plaintiff's case could have been dismissed for failure to notify the Court that he changed his address on those grounds alone. See Johnson v. Parker, 2007 WL 4531557 * 1 (M.D. Fla. December 18, 2007) (dismissing the Plaintiff's Complaint for failure to notify the Court of a change of address). Thus, while the Plaintiff may have changed his address which is reflected on the envelope containing the instant Motion, nothing appears on the Court's docket sheet giving the Court official notice that he had a change of address.

The Court, as a courtesy to the Plaintiff, will order the clerk to send copies of the final two Orders of the court to the Plaintiff at the address listed on the mailing envelope (Attachment 1) attached to the instant Motion.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion or Request for Last Transaction Filed in this Case (Doc. #54) is **GRANTED** to the extent the Court has informed the Plaintiff that his case has been dismissed.

The Clerk is directed to mail the Plaintiff copies of the final two Orders (Doc. #s 51and 52) at 2501 Ortiz Avenue, P-Pod Cell 1, Fort Myers, FL 33905.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th Day of February, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record